**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

| | |
|---|---|
| Appellate case name: | In the Interest of H.L.W. and S.K.W., Children |
| Appellate case number: | 01-21-00654-CV |
| Trial court case number: | 91619-F |
| Trial court: | 300th District Court of Brazoria County |

Through his court-appointed counsel, appellant, father, filed a notice of appeal of the trial court's November 18, 2021 order in a suit affecting the parent-child relationship. On February 11, 2022, appellant's court-appointed counsel filed a brief concluding that this appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). On March 4, 2022, appellant, acting pro se, filed a motion requesting access to a copy of the appellate record for use in preparing a response to appointed-counsel's brief.

Appellant's motion for access to the appellate record is **granted**. The trial court clerk is ordered to provide a copy of the clerk's record, filed with the Clerk of this Court on November 29, 2021, and supplemental clerk's record, filed with the Clerk of this Court on November 30, 2021, to appellant **within seven days of the date of this order**. The court reporter is further ordered to provide a copy of the twenty-three volume reporter's record, filed with the Clerk of this Court, to appellant **within seven days of the date of this order**.

The appellate record shall be delivered to appellant at the address provided on his motion for access to the appellate record:

Brent E. Waisner
66821 C3A
3602 CR 45
Angleton, Texas 77515

The trial court clerk and court reporter shall further certify to this Court, within ten days of the date of this order, the date upon which delivery of the appellate record to appellant is made.

Appellant has also requested an extension of time to file his pro se response to appointed-counsel's *Anders* brief. We **grant** the motion for an extension. **Appellant's response to appointed-counsel's brief shall be filed no later than April 4, 2022**.

It is so ORDERED.


Judge's signature: _____/s/ Amparo Guerra_____
☑ Acting individually ☐ Acting for the Court

Date: __March 7, 2022___